IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PARENT A AND PARENT B, AS NEXT** | § | |
| **FRIEND OF CHILD A, A MINOR** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | |
| **V.** | § | **CASE NO.  3:26-cv-01058-N** |
| | § | |
| **COURBIN TUFFORD, FAWN JOHNSON** | § | **JURY DEMANDED** |
| **AND LIFE TIME, INC.** | § | |
| *Defendants* | § | |

<u>**DEFENDANT LIFE TIME, INC.'S CERTIFICATE OF INTERESTED PARTIES**</u>

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

COME NOW, Defendant **LIFE TIME, INC.,** and provides its Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Certificate of Interested Parties, and would respectfully show the Court as follows:

1.     Plaintiffs **PARENT A AND PARENT B, AS NEXT FRIEND OF CHILD A, A MINOR**, are individuals in this litigation and have a financial interest in its outcome.

2.     **FAWN JOHNSON** is an individual, improperly served, in this litigation and has a financial interest in its outcome.

3.     **COURBIN TUFFORD** is an individual, improperly served, in this litigation and has a financial interest in its outcome.

4.     **LIFE TIME, INC**, a Minnesota corporation, is a Defendant in this litigation and has a financial interest in its outcome. Defendant, Life Time, Inc., by and through undersigned counsel and in compliance with Rule 7.1 Federal Rules of Civil Procedure, hereby discloses that it is not a publicly traded corporation.

5.      A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

Melanie R. Cheairs
SBN: 17763900
FBN: 13434
mcheairs@mayerllp.com
Kristen N. Allison
SBN: 24115043
FBN: 3667462
kallison@mayerllp.com
Alyssa K. McMullan
SBN: 24146314
FBN: 3918936
amcmullan@mayerllp.com

OF COUNSEL:

**MAYER LLP**
1300 Post Oak Blvd., Suite 100B
Houston, Texas 77056
(713) 868-5560
(713) 864-4671 (fax)
***Designated E-service Email:** efile2@mayerllp.com*

**ATTORNEYS FOR DEFENDANTS**
**COURBIN TUFFORD and LIFE TIME, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2026, a true and correct copy of the foregoing instrument was served electronically in accordance with the Federal Rules of Civil Procedure:

**Counsel for Plaintiffs:**
Charla G. Aldous
Caleb M. Miller
Eleanor O. Aldous
ALDOUS LAW
4311 Oak Lawn Ave, Ste. 150
Dallas, Texas 75219
caldous@aldouslaw.com
cmiller@aldouslaw.com
ealdous@aldouslaw.com

**Counsel for Defendant Fawn Johnson:**
William M. Toles
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard, Suite 4000
Dallas, Texas 75201
wtoles@munsch.com

_____
Melanie R. Cheairs